JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA J. TRAIL, M.D., | Case No. 2:17-cv-1445 FMO (SKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION [25] FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 100, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-1445 FMO (SKx) is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: November 14, 2017                /s/
                                                      HON. FERNANDO M. OLGUIN
                                                      United States District Judge